RICHARD I. M. WEINGART, Appellant, v. ALEXANDER J. WHYNMAN, Respondent. — There being no opposition, the motion to resettle the order of this court dated March 20, 1936, is granted and the order is resettled accordingly. [247 App. Div. 814.] Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

SIDNEY C. WEINSTEIN, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

GIACOMO ALLEVA, Appellant, v. MARYLAND CASUALTY COMPANY, Respondent. — Cross-motions by the parties for summary judgment in an action by a subcontractor to recover on a bond under the provisions of title 40, section 270, United States Code, commonly known as the "Heard Law." Order dismissing the complaint and granting summary judgment for the defendant affirmed, with ten dollars costs and disbursements. The remedy given to plaintiff by the statute must be strictly followed through an action in the Federal court in the district where the contract was performed. This prescribed remedy was not followed by the plaintiff. The courts of this State have no jurisdiction of this action. (*People* v. *Metropolitan Surety Co.*, 211 N. Y. 107.) Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.